```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X  :
                                       :
DOUGLAS ADLER                          :
                                       :
              Plaintiff,               :   05 Civ. 10189 (RWS)
                                       :
     -against-                         :   STIPULATION AND
                                       :   ORDER OF DISMISSAL
CIGNA LIFE INSURANCE COMPANY OF        :
NEW YORK                               :
                                       :
              Defendants,              :
                                       :
------------------------------------X
```

It having been reported to this Court that the above entitled action has been settled,

It is, on this 31ST day of May, 2006.

ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within thirty (30) days of the date of this Order, the action may be restored to the Court's calendar for good cause shown.

Dated: New York, New York
       May 31, 2006

CONSENTED TO:
Frankel & Newfield, P.C.                Russo, Keane & Toner, LLP

By: Justin Frankel, Esq.                By: Kevin G. Horbatiuk, Esq.
Attorney for Plaintiff                  Attorney for Defendant

Dated: New York, New York
       May 6, 2006

                                        SO ORDERED:

                                        _____
                                        HON. ROBERT W. SWEET
                                        United States District Judge